Case# 12-03-00230-CR
Trial court # 02-06-0107M-CR

Mrs. Lusk,                                                                7-10-15

Hello Mrs Lusk. sorry to bother you again but I just received the records from your court and I have a question regarding them.

when I first contacted you about purchasing my transcripts I was told it would cost 50¢ for the first 50 pages and $1.00 for every page after that. total cost would be $182.00. That = 207 pages.

I counted what was sent and I have a total of 138 pages. now there is 52 pages that have been double printed. front/back. so that would bring the total upto 190 pages. I don't know how ya'll count it but either way ive not received 207 pages. theres 138 sheets of paper here. would it be possible for you to review my transcripts and make a count cause I feel ive been overcharged as much as $69.00 depending on how you look at it. if a double printed page counts as 1 page I only have 138 pages and was overcharged $69.00. if you count that as 2 pages I have 190 pages and was over charged $17.00. so if you will look into this and get back with me I would appreciate it. Thank you for your time,

Sincerely

Terry millican

Terry millican 1165760
Polunsky unit
3872 South FM 350
Livingston. TX
                77351

REC'D IN COURT OF APPEALS
12th Court of Appeals District

JUL 16 2015

TYLER TEXAS
CATHY S. LUSK, CLERK